PERRY *v.* GRANT *et al.*

LUMPKIN, P. J.    The charges complained of were adjusted to the pleadings and evidence, and fairly submitted the issues involved; and the evidence fully warranted the verdict.    *Judgment affirmed.    All the Justices concurring.*

Submitted June 20,—Decided July 24, 1901.

Traverse of service.    Before J. J. Kimsey, judge pro hac vice. Habersham superior court.    September 12, 1900.

*Hubert Estes* and *J. J. Bowden,* for plaintiff in error.
*J. B. Jones, J. C. Edwards,* and *Robert McMillan,* contra.